UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JENISA ANGELES,

                    Plaintiff,

          - against -

OC RAMPS INC.,

                    Defendant.

---

21-cv-814 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

     The docket reflects that the summons and complaint were served on February 10, 2021 but no responsive pleading has been filed.  The plaintiff should submit an Order to Show Cause for a Default Judgment supported by a properly executed Certificate of Default by August 6, 2021 or the case may be dismissed for failure to prosecute.

     SO ORDERED.

Dated:    New York, New York
          July 23, 2021

                                        _____
                                        John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

1